HEATHER E. WILLIAMS, SBN #122664
Federal Defender
MEGAN T. HOPKINS, Bar # 294141
ERIN M. SNIDER, CA Bar # 304781
Assistant Federal Defenders
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
CONRADO VIRGEN MENDOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:19-cr-00015-DAD-BAM-3 |
|---|---|---|
| Plaintiff, | ) | **REQUEST FOR ORDER AUTHORIZING RELEASE OF PRETRIAL SERVICES REPORT; ORDER** |
| vs. | ) | |
| CONRADO VIRGEN MENDOZA, | ) | Judge: Hon. Dale A. Drozd |
| Defendant. | ) | |

Conrado Virgen Mendoza has filed a Ninth Circuit appeal of the detention order entered by the District Court on February 4, 2019. The appellate opening brief references findings and recommendations included in the report prepared by the Pretrial Services Officer, which cannot be made available to the Ninth Circuit motions panel absent an order authorizing release of the report.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Mr. Virgen Mendoza therefore requests an order from this Court authorizing the release of the Pretrial Services Report as well as any supplemental reports which were presented to the District Court.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: February 19, 2019

/s/ *Megan T. Hopkins*
MEGAN T. HOPKINS
ERIN M. SNIDER
Assistant Federal Defender
Counsel for Defendant
CONRADO VIRGEN MENDOZA

ORDER

GOOD CAUSE APPEARING, based on the filing of a Ninth Circuit appeal of the detention order by the defendant, it is hereby ordered that the Pretrial Services Office for the United States District Court for the Eastern District of California provide copies of the Pretrial Services Report regarding Conrado Virgen Mendoza, and any supplemental reports which were presented to the United States District Judge Dale A. Drozd, to the Clerk of the Court for inclusion in the record on appeal to be transmitted to the Court of Appeals for the Ninth Circuit for its consideration.

IT IS FURTHER ORDERED, that after said consideration by the United States Court of Appeals for the Ninth Circuit, said reports are to be returned to the files of the Pretrial Services Office for the Eastern District of California and maintained therein and are not to be kept in any other court file.

IT IS SO ORDERED.

Dated: **February 20, 2019**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE