| | |
|---|---|
| McGREGOR W. SCOTT<br>United States Attorney<br>KAREN A. ESCOBER<br>LAURA D. WITHERS<br>MICHAEL G. TIERNEY<br>Assistant United States Attorneys<br>2500 Tulare Street, Suite 4401<br>Fresno, CA 93721<br>Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 | |

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CONRADO VIRGEN-MENDOZA,<br><br>Defendant. | CASE NO. 1:19-CR-00015-DAD-BAM<br><br><u>SEALING REQUEST AND ORDER</u> |

The United States of America, by and through its counsel of record, hereby moves to seal the attached Exhibit D to its Response in Opposition to Defendants' Motion for Bail Review (Doc. 233), as it contains discovery in this case, which is subject to a protective order for good cause entered pursuant to Federal Rule of Criminal Procedure 16(d). (Doc. 74).

Dated: March 25, 2019

McGREGOR W. SCOTT
United States Attorney

By: /s/ LAURA D. WITHERS
LAURA D. WITHERS
Assistant United States Attorney

1

**O R D E R**

Having reviewed the motion of the United States consistent with the previously-entered protective order (Doc. 74) in this case, and for good cause shown,

IT IS SO ORDERED.

Dated: __March 26, 2019__    _____/s/ *Sheila K. Oberto*_____
UNITED STATES MAGISTRATE JUDGE