HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MEGAN T. HOPKINS, Bar #294141
ERIN M. SNIDER, Bar #304781
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
CONRADO VIRGEN MENDOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00015-DAD-BAM |
|---|---|
| Plaintiff, | REQUEST FOR RULE 43 WAIVER OF APPEARANCE; ORDER |
| vs. | |
| CONRADO VIRGEN MENDOZA, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 43(b)(3), Conrado Virgen Mendoza, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear at the April 22, 2019 trial confirmation hearing.

Mr. Virgen Mendoza lives in Chowchilla, California, roughly forty miles from Fresno. Due to his incarceration, Mr. Virgen Mendoza's family has been without an income since late December 2018. Traveling to Fresno for what the defense anticipates will be a relatively short court appearance will pose a serious financial hardship for Mr. Virgen Mendoza. Accordingly, the defense respectfully requests that the Court waive his appearance at the April 22, 2019 trial confirmation. Mr. Virgen Mendoza agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if he were personally present, and requests that this Court allow his

attorney-in-fact to represent his interests at all times.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 17, 2019              */s/ Erin M. Snider*
                                  ERIN M. SNIDER
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  CONRADO VIRGEN MENDOZA

## **O R D E R**

Pursuant to Rule 43(b)(3), defendant's request for a waiver of his appearance at the April 22, 2019 trial confirmation hearing is granted.

IT IS SO ORDERED.

Dated: __**April 19, 2019**__                    _____
                                                 UNITED STATES DISTRICT JUDGE