HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MEGAN T. HOPKINS, Bar #294141
ERIN M. SNIDER, Bar #304781
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
CONRADO VIRGEN MENDOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00015-DAD-BAM |
| Plaintiff, | REQUEST FOR RULE 43 WAIVER OF APPEARANCE; ORDER |
| vs. | |
| CONRADO VIRGEN MENDOZA, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 43(b)(3), Conrado Virgen Mendoza, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear at the July 1, 2019 hearing on the government's motion for pretrial authentication.  The government has no objection to this request.

Mr. Virgen Mendoza lives in Chowchilla, California, roughly forty miles from Fresno.  Mr. Virgen Mendoza is presently out of work and in light of his lack of lawful status is unable to seek traditional employment.  As a result, his family has been without an income since late December 2018.  Mr. Mendoza is already required to travel to Fresno biweekly to meet with the company which supervises the location monitor installed by ICE.  His most recent trip to Fresno for this purpose was on June 27, 2019.  His next trip is scheduled for July 11, 2019.  Mr. Mendoza will also be travelling to Fresno for the trial confirmation hearing on July 15, 2019.

Traveling to Fresno for this hearing, in addition to those other trips, will pose a serious financial hardship for Mr. Virgen Mendoza and his family. Accordingly, the defense respectfully requests that the Court waive his appearance at the July 1, 2019 hearing on the government's motion for pretrial authentication. Mr. Virgen Mendoza agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if he were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 27, 2019     */s/ Megan T. Hopkins*
MEGAN T. HOPKINS
ERIN M. SNIDER
Assistant Federal Defenders
Attorneys for Defendant
CONRADO VIRGEN MENDOZA

# **O R D E R**

Pursuant to Rule 43(b)(3), defendant's request for a waiver of appearance at the July 1, 2019 hearing on the government's motion for pretrial authentication is granted.

IT IS SO ORDERED.

Dated:  **June 28, 2019**

UNITED STATES DISTRICT JUDGE

2