1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  MEGAN T. HOPKINS, Bar #294141
   ERIN M. SNIDER, Bar #304781
3  Assistant Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   CONRADO VIRGEN MENDOZA
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            Case No. 1:19-cr-00015-DAD-BAM

12              Plaintiff,                REQUEST FOR RULE 43 WAIVER OF
                                          APPEARANCE; ORDER
13  vs.

14  CONRADO VIRGEN MENDOZA,

15              Defendant.

16

17       Pursuant to Federal Rule of Criminal Procedure 43(b)(3), Conrado Virgen Mendoza,

18  having been advised of his right to be present at all stages of the proceedings, hereby requests

19  that this Court permit him to waive his right to personally appear at the July 1, 2019 hearing on

20  the government's motion for pretrial authentication.  The government has no objection to this

21  request.

22       Mr. Virgen Mendoza lives in Chowchilla, California, roughly forty miles from Fresno.

23  Mr. Virgen Mendoza is presently out of work and in light of his lack of lawful status is unable to

24  seek traditional employment.  As a result, his family has been without an income since late

25  December 2018.  Mr. Mendoza is already required to travel to Fresno biweekly to meet with the

26  company which supervises the location monitor installed by ICE.  His most recent trip to Fresno

27  for this purpose was on June 27, 2019.  His next trip is scheduled for July 11, 2019.  Mr.

28  Mendoza will also be travelling to Fresno for the trial confirmation hearing on July 15, 2019.

Traveling to Fresno for this hearing, in addition to those other trips, will pose a serious financial hardship for Mr. Virgen Mendoza and his family. Accordingly, the defense respectfully requests that the Court waive his appearance at the July 1, 2019 hearing on the government's motion for pretrial authentication. Mr. Virgen Mendoza agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if he were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 27, 2019     */s/ Megan T. Hopkins*
MEGAN T. HOPKINS
ERIN M. SNIDER
Assistant Federal Defenders
Attorneys for Defendant
CONRADO VIRGEN MENDOZA

### **O R D E R**

Pursuant to Rule 43(b)(3), defendant's request for a waiver of appearance at the July 1, 2019 hearing on the government's motion for pretrial authentication is granted.

IT IS SO ORDERED.

Dated:  **June 28, 2019**     _____
UNITED STATES DISTRICT JUDGE

2