HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
MEGAN T. HOPKINS, CA Bar #294141
ERIN M. SNIDER, CA Bar #304781
Assistant Federal Defenders
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
CONRADO VIRGEN MENDOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CONRADO VIRGEN MENDOZA,<br><br>Defendant. | Case No. 1:19-cr-00015-DAD-BAM-3<br><br>STIPULATION TO MODIFY TERM OF PRETRIAL RELEASE; ORDER THEREON<br><br>JUDGE: Hon. Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Assistant United States Attorney Laura D. Withers, counsel for plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for Defendant Conrado Virgen Mendoza, that the conditions of Mr. Virgen Mendoza's pretrial release be modified. Specifically, the parties agree that the following language should be removed:

(a) . . . **HOME DETENTION:** You shall remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the PSO;

The parties request that the following language be added in its place:

(a) . . . **CURFEW:** You must remain inside your residence every day from 8:00 PM to 8:00 AM, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations;

Mr. Virgen Mendoza has been on pretrial release since April 9, 2019.  For the nearly four months Mr. Virgen Mendoza has been compliant with his release conditions, communicates with Pretrial Services, and provides appropriate documentation as directed.  The parties believe that the proposed modification is appropriate given Ms. Virgen Mendoza's progress on pretrial release.  Mr. Virgen Mendoza's Pretrial Services Officer, Alicia Mirgain, is in agreement with the requested change.  The parties agree that all other terms and conditions of probation previously imposed shall remain the same.

Respectfully submitted,

MCGREGOR SCOTT
United States Attorney

Date:  August 5, 2019

*/s/ Laura Withers*
LAURA WITHERS
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: August 5, 2019

*/s/  Megan T. Hopkins*
MEGAN T. HOPKINS
ERIN M. SNIDER
Assistant Federal Defenders
Counsel for Defendant
CONRADO VIRGEN MENDOZA

## **O R D E R**

The modification of pretrial release set forth in this stipulation **IS HEREBY APPROVED**.

IT IS SO ORDERED.

Dated:   **August 6, 2019**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE