UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:19-cr-15 DAD |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| CONRADO VIRGEN MENDOZA, | |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, and Defendant Conrado Virgen Mendoza, by and through his counsel of record, hereby stipulate as follows:

1. The parties agree to set a status conference hearing with respect to the two severed identification document fraud charges for November 4, 2019, at 10:00 a.m.

2. The parties further agree to the following briefing schedule concerning the viability of the severed charges. The government's memorandum shall be filed on or before October 15, 2019. The defendant's response shall be filed on or before October 22, 2019. The government's reply, if any, shall be filed on or before October 29, 2019.

3. Time has previously been excluded to and through the trial, which commenced on September 9, 2019.

4. The parties further agree and stipulate, and request that the Court find the

1

following:

    a.     The delay from September 9, 2019, through November 4, 2019, is a basis for the exclusion of time for Speedy Trial purposes, for further briefing and preparation for trial.

    c.     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    d.     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of September 9, 2019, to November 4, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h) (7)(A), because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

7.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period

IT IS SO STIPULATED.

DATED:     October 1, 2019.     Respectfully submitted,

    McGREGOR W. SCOTT
    United States Attorney

    /s/ Karen A. Escobar_____
    KAREN A. ESCOBAR
    LAURA D. WITHERS
    MICHAEL G. TIERNEY
    Assistant United States Attorneys

DATED:     October 1, 2019.

    /s/ Megan T. Hopkins
    MEGAN T. HOPKINS
    ERIN SNIDER
    Counsel for Conrado Virgen Mendoza

**O R D E R**

Having reviewed the stipulation of the parties,

IT IS SO ORDERED.

Dated: **October 2, 2019**

*/s/ Dale A. Drozd*
UNITED STATES DISTRICT JUDGE

3