1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,                    No.  1:19-cr-15 DAD

12                    Plaintiff,

13           v.                                     STIPULATION AND ORDER

14    CONRADO VIRGEN MENDOZA,

15                    Defendants.

16

17          Plaintiff United States of America, by and through its counsel of record, and Defendant

18    Conrado Virgen Mendoza, by and through his counsel of record, hereby stipulate as follows:

19          1.      The parties agree to set a status conference hearing with respect to the two severed

20                  identification document fraud charges for November 4, 2019, at 10:00 a.m.

21          2.      The parties further agree to the following briefing schedule concerning the

22                  viability of the severed charges.  The government's memorandum shall be filed on

23                  or before October 15, 2019.  The defendant's response shall be filed on or before

24                  October 22, 2019.  The government's reply, if any, shall be filed on or before

25                  October 29, 2019.

26          3.      Time has previously been excluded to and through the trial, which commenced on

27                  September 9, 2019.

28          4.      The parties further agree and stipulate, and request that the Court find the

                                                    1

following:

    a.     The delay from September 9, 2019, through November 4, 2019, is a basis for the exclusion of time for Speedy Trial purposes, for further briefing and preparation for trial.

    c.     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    d.     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of September 9, 2019, to November 4, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h) (7)(A), because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

    7.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period

IT IS SO STIPULATED.

DATED:     October 1, 2019.     Respectfully submitted,

          McGREGOR W. SCOTT
          United States Attorney

          /s/ Karen A. Escobar_____
          KAREN A. ESCOBAR
          LAURA D. WITHERS
          MICHAEL G. TIERNEY
          Assistant United States Attorneys

DATED:     October 1, 2019.

          /s/ Megan T. Hopkins
          MEGAN T. HOPKINS
          ERIN SNIDER
          Counsel for Conrado Virgen Mendoza

1

2

3                                                    **O R D E R**

4              Having reviewed the stipulation of the parties,

5       IT IS SO ORDERED.

6          Dated:    **October 2, 2019**

7                                                      UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28