1  HEATHER E. WILLIAMS, Bar No. 122664
   Federal Defender
2  MEGAN T. HOPKINS, Bar No. 294141
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, CA  95814
   Telephone: (916)-498-5700
5  Fax: (916)-498-5710

6  Attorneys for Defendant
   CONRADO VIRGEN MENDOZA
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            Case No.  1:19-cr-00015 DAD-BAM

12          Plaintiff,
                                         REQUEST FOR WAIVER OF DEFENDANT'S
13  vs.                                  PERSONAL APPEARANCE FOR NON-
                                         SUBSTANTIVE HEARINGS; ORDER
14  CONRADO VIRGEN MENDOZA,              THEREON

15          Defendant.

16

17          Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, CONRADO VIRGEN

18  MENDOZA, having been advised of his right to be present at all stages of the proceedings,

19  hereby requests that this Court proceed in his absence on every occasion that the Court may

20  permit, pursuant to this waiver.  Specifically, the Defendant requests a waiver of his appearance

21  at the November 4, 2019 status conference regarding severed counts, and all future non-

22  substantive hearings.  Defendant agrees that his interests shall be represented at all times by the

23  presence of his attorney, Assistant Federal Defender, Megan T. Hopkins, the same as if

24  Defendant were personally present, and requests that this court allow his attorney-in-fact to

25  represent his interests at all times.  Defendant further agrees that notice to Defendant's attorney

26  that Defendant's presence is required will be deemed notice to the Defendant of the requirement

27  of his appearance at said time and place.

28          A waiver of defendant's appearance has previously been granted for other, individual,

non-substantive hearings.  Defendant has made all required appearances to date and is in compliance with all pretrial conditions.  The government has no objection to this request.

This request is made to avoid the necessity of travel for all court appearances, in light of the fact that defendant resides in Chowchilla, CA and is unable to drive himself to court, which requires the attendance of his wife and children each time he must make an appearance.  As a result, defendant's wife must absent herself from her job for each appearance and both the loss of income and the cost of travel imposes a financial hardship on the defendant and his family.

DATED:  October 25, 2019     /s/ Original signature on File
CONRADO VIRGEN MENDOZA

DATED:  October 25, 2019     */s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for CONRADO VIRGEN MENDOZA

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

Dated:  **October 28, 2019**

UNITED STATES DISTRICT JUDGE