| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MEGAN T. HOPKINS, #294141 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: 559-487-5561/Fax: 559-487-5950 |
| 5 | |
| 6 | Attorneys for Defendant |
| | CONRADO VIRGEN MENDOZA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00015-DAD-BAM |
| Plaintiff, | STIPULATION TO VACATE STATUS CONFERENCE AND SET HEARING FOR CHANGE OF PLEA; ORDER |
| vs. | |
| CONRADO VIRGEN MENDOZA, | DATE: January 21, 2020 |
| | TIME: 10:00 a.m. |
| Defendant. | JUDGE: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the status conference scheduled for December 9, 2019 at 1:00 p.m. be vacated, and that a change of plea hearing be scheduled for **January 21, 2020 at 10:00 a.m.**

The parties have reached an agreement to resolve the two pending counts from the second superseding indictment, and a plea agreement has been executed. The plea agreement will be filed promptly, upon receipt of the original by the government. In order to accommodate defense counsel's current caseload and travel schedule, the parties request the above-captioned date in January for the change of plea hearing.

The parties agree that the ends of justice served by setting the change of plea hearing for the requested date outweigh the best interest of the public and the defendant in a speedy trial. Therefore the parties agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

Respectfully submitted,

MCGREGOR SCOTT
United States Attorney

DATED: December 3, 2019        */s/ Karen Escobar*
KAREN ESCOBAR
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender


DATED: December 3, 2019        */s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorneys for Defendant
CONRADO VIRGEN MENDOZA

## O R D E R

**IT IS SO ORDERED** that the status conference currently scheduled for December 9, 2019 at 1:00 p.m. is hereby vacated, and a change of plea hearing is set for **January 21, 2020 at 10:00 a.m.** The time period between December 9, 2019 and January 21, 2020 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the requested hearing date outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  **December 3, 2019**                    Dale A. Drozd
                                               UNITED STATES DISTRICT JUDGE

VIRGEN MENDOZA: Stipulation and [Proposed]      -2-
Order to Set COP Hearing