HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MEGAN T. HOPKINS, Bar #294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5700

Attorney for Defendant
CONRADO VIRGEN MENDOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00015-DAD |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER THEREON** |
| vs. | |
| CONRADO VIRGEN MENDOZA, | Date:   August 31, 2020<br>Time:   10:00 a.m. |
| Defendant. | Judge: Honorable Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing set for Monday, May 26, 2020, at 10:00 a.m., before the Honorable Dale A. Drozd, be continued to Monday, August 31, 2020, at 10:00 a.m.

The parties have agreed to continue the sentencing hearing at the request of defense counsel, who is forestalled in plans to travel within the state of California and to Mexico for mitigation investigation, which defense counsel believes is necessary for sentencing. Defense counsel and a defense investigator have already received approval and official travel documents from the state department for travel to the country of Mexico to meet with and interview family members, and to gather records in support of anticipated sentencing arguments. The defense investigation team was scheduled to depart for Mexico on March 20, 2020, however due to the safety measures taken in response to the COVID-19 pandemic, travel has been postponed.

1   Defense counsel has been advised that travel may resume and will be approved in short order as
2   soon as the safety risks associated with travel by airplane and overnight stays in hotels due to the
3   coronavirus are alleviated.  As of the date of this stipulation, no travel is yet being authorized.
4   Defense counsel anticipates travel may be approved in the month of June or July, and for that
5   reason a continuance to August 31, 2020, is requested.

6   The parties agree that a sentencing date of August 31, 2020, will allow sufficient time for
7   the investigation to conclude and for defense counsel to make use of the product of the
8   investigation, as well as to provide a copy of any information to be used at sentencing to the
9   government and the probation officer charged with the preparation of the presentence report. The
10  parties further agree and stipulate that, absent extraordinary or unforeseen circumstances[1], no
11  further requests for continuance of the sentencing hearing will be made in this case.

                                            Respectfully submitted,

                                            HEATHER E. WILLIAMS
                                            Federal Defender

DATED: April 16, 2020                       */s/ Megan T. Hopkins*
                                            MEGAN T. HOPKINS
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            LUIS GERARDO ARELLANO-CARRIZOSA


                                            MCGREGOR SCOTT
                                            United States Attorney


DATED: April 16, 2020                       */s/ Michael Tierney*
                                            MICHAEL TIERNEY
                                            KAREN ESCOBAR
                                            LAURA WITHERS
                                            Assistant U.S. Attorneys
                                            Attorneys for Plaintiff

---

[1] The parties agree that if COVID-19 concerns are ongoing and prevent travel through the month of July, a further continuance may be appropriate.  The parties agree to meet and confer regarding a further continuance should that circumstance arise.

VIRGEN MENDOZA / Stipulation to Continue                -2-
Sentencing Hearing

**O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the sentencing hearing set for Monday, May 26, 2020, before the Honorable Dale A. Drozd, be continued to Monday, August 31, 2020, at 10:00 a.m. in Courtroom No. 5.

IT IS SO ORDERED.

Dated:   **April 17, 2020**

_____
UNITED STATES DISTRICT JUDGE