HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
MEGAN T. HOPKINS, Bar No. 294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916)-498-5700
Fax: (916)-498-5710

Attorneys for Defendant
CONRADO VIRGEN MENDOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:19-cr-00015 DAD-BAM |
|---|---|
| Plaintiff, | |
| vs. | REQUEST FOR WAIVER OF DEFENDANT'S APPEARANCE FOR MOTION TO CONTINUE SENTENCE HEARING; ORDER THEREON |
| CONRADO VIRGEN MENDOZA, | |
| Defendant. | |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, CONRADO VIRGEN MENDOZA, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on August 4, 2020 for the Motion to Continue Sentencing hearing, pursuant to this waiver.  Defendant agrees that his interests shall be represented at all times by the presence of his attorney, Assistant Federal Defender, Megan T. Hopkins, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times.  Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

A waiver of defendant's appearance has previously been granted for other, individual, non-substantive hearings.  Defendant has made all required appearances to date and is in compliance with all pretrial conditions.  This request is made because Mr. Virgen Mendoza's

phone does not have a camera and he does not own a webcam to permit a video-telephonic appearance. If required to appear, Mr. Virgen Mendoza will attempt to borrow someone else's phone that is equipped with a camera, but would prefer to have his appearance waived given the nature of this proceeding and with full confidence that his counsel will represent his interests and advise him of the outcome of the hearing.

DATED: July 27, 2020  /s/ *Original signature on file*
CONRADO VIRGEN MENDOZA

DATED: July 27, 2020  /s/ *Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for CONRADO VIRGEN MENDOZA

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant's appearance may be waived at the August 4, 2020 hearing.

IT IS SO ORDERED.

Dated: **July 27, 2020**

UNITED STATES DISTRICT JUDGE