1    HEATHER E. WILLIAMS, CA Bar #122664
     Federal Defender
2    MEGAN HOPKINS, CA Bar #294141
     Assistant Federal Defender
3    Office of the Federal Defender
     2300 Tulare Street, Suite 330
4    Fresno, California  93721-2226
     Telephone: (559) 487-5561
5
     Attorney for Defendant
6    CONRADO VIRGEN MENDOZA

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,            Case No. 1:19-cr-00015-DAD-3

12
                      Plaintiff,          **STIPULATION TO CONTINUE**
13                                         **SENTENCING HEARING; ORDER**
           vs.
14                                         Date:   March 29, 2021
                                           Time:  10:00 a.m.
15   CONRADO VIRGEN MENDOZA,               Judge:  Honorable Dale A. Drozd
16
                      Defendant.
17

18
            **IT IS HEREBY STIPULATED** by and between the parties through their respective
19
     counsel, Assistant United States Attorney, Karen Escobar, counsel for the plaintiff, and Assistant
20
     Federal Defender, Megan T. Hopkins, counsel for defendant, Conrado Virgen Mendoza, that the
21
     sentencing hearing currently set for January 25, 2021, at 9:00 a.m. be continued to March 29,
22
     2021, before the Honorable Dale A. Drozd.
23
            The parties request this continuance in light of the court's continuing closure orders and
24
     the anticipated unavailability of an in-person sentencing hearing on January 25, 2021.
25
     Additionally, the parties were contacted by the Court and asked to meet and confer regarding a
26
     new sentencing date on or after mid-February, so health and safety reasons as infection rates
27
     have risen in the Fresno area.  Mr. Virgen Mendoza requests an in-person hearing in this case.
28
     Mr. Virgen Mendoza also wants to ensure that his family members and church community

members, some of whom are elderly or otherwise high-risk for complications from the virus, are able to attend an in-person hearing under safe conditions, once the COVID-19 pandemic is under control.

The parties believe it is more likely that an in-person hearing can safely be accomplished on, when CO the requested date of March 29, 2021. By this time, COVID-19 infection rates will hopefully have trended downward for a sustained period and the court can re-open without risking the health of the defendant, court staff and the public.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: January 8, 2021       By:   */s/ Karen Escobar*
                                    KAREN ESCOBAR
                                    Assistant United States Attorneys
                                    Attorneys for Plaintiff


                                    HEATHER E. WILLIAMS
                                    Federal Defender

Dated: January 8, 2021       By:   */s/ Megan Hopkins*
                                    MEGAN HOPKINS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    CONRADO VIRGEN MENDOZA

## **ORDER**

The Court hereby grants the parties' request to continue the sentencing hearing as to this defendant and set the matter for sentencing on March 29, 2021 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **January 11, 2021**       _____
                                    UNITED STATES DISTRICT JUDGE