HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700/Fax: 916-498-5710 **Error! Bookmark not defined.**

Attorneys for Defendant
CONRADO VIRGEN-MENDOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CONRADO VIRGEN-MENDOZA,<br><br>Defendant. | Case No.  1:19-cr-00015-DAD<br><br>STIPULATION TO MODIFY CONDITIONS OF RELEASE; AND ORDER<br><br>JUDGE: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that Mr. Virgen-Mendoza's conditions of release may be modified to remove the $5,000 bond secured by the title to a 2006 Toyota 4-Runner belonging to Maria Isabel Virgen from the bond package. Pretrial Services is in agreement with the requested modification.

Mr. Virgen-Mendoza has been under Pretrial Services supervision since April 11, 2019. He is currently subject to a combination of release conditions, including the execution of a bond package for a total of $25,000 comprised of 1) a $5,000 bond secured by the clear title of a 2006 Toyota 4-Runner owned by Maria Isabel Virgen; 2) a $5,000 unsecured bond co-signed by Mr. Virgen-Mendoza and Maria Isabel Virgen; 3) a $2,000 unsecured bond co-signed by Mr. Virgen-Mendoza and Gustavo A. Virgen; 4) a $5,000 unsecured bond co-signed by Mr. Virgen-Mendoza and Leslie Pedraza; and 5) a $8,000 unsecured bond co-signed by Mr. Virgen-

Mendoza, Francisco Virgen, and Cipriano Feliciano Murguia.[1] All of the bonds were executed and posted on April 10, 2019.[2]

    The owner of the 2006 Toyota 4-Runner, Maria Isabel Virgen, was recently involved in an automobile accident in which the vehicle was totaled. Her insurance company has taken possession of the vehicle and requires her to provide the title of the vehicle before they can remit payment, allowing her to purchase a replacement vehicle.  Pretrial Services advises that Mr. Virgen-Mendoza is in compliance with his conditions of release and that Pretrial Services is in agreement with the proposed modification removing the $5,000 secured bond, permitting the exoneration of that portion of the bond package so that the title can be returned to the owner. The parties and pretrial services officer agree that all other conditions of pretrial release are appropriate and should remain in full force and effect.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATED:  April 8, 2022      */s/ Karen Escobar*
KAREN ESCOBAR
MICHAEL TIERNEY
Assistant United States Attorneys
Attorneys for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: April 8, 2022      */s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorneys for Defendant
CONRADO VIRGEN-MENDOZA

---

[1] Dkt. 275.
[2] *See* Dkts. 274 – 276.

# **O R D E R**

**IT IS SO ORDERED** that Condition 7(j) is to be modified so that the $5,000 bond secured by clear title to the 2006 Toyota 4-Runner is removed from the Conditions of Release and the total bond amount is reduced to $20,000, accordingly. All other conditions of pretrial release shall remain in full force and effect.

**IT IS FURTHER ORDERED** that that the Clerk of the Court exonerate the bond secured by the title of the 2006 Toyota 4-Runner in the above-captioned case and return the title to Maria Isabel Virgen.  The attorney for defendant is instructed to provide to Roxanne Gonzalez at rgonzalez@caed.uscourts.gov the owner's address and VIN number for the vehicle.

IT IS SO ORDERED.

Dated:   **April 11, 2022**              /s/ Barbara A. McAuliffe
                                            UNITED STATES MAGISTRATE JUDGE