PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
MICHAEL G. TIERNEY
Assistant United States Attorneys
2500 Tulare St., Suite 4401
Tel: (559) 497-4000
Fac.: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CONRADO VIRGEN MENDOZA,<br>Defendant. | CASE NO. 1:19-CR-0015 NODJ-BAM<br><br>STIPULATION FOR STATUS CONFERENCE TO SET SURRENDER DATE; ORDER |

Plaintiff United States of America, by and through its attorneys of record, Assistant United States Attorneys KAREN A. ESCOBAR and MICHAEL G. TIERNEY, and defendant CONRADO VIRGEN MENDOZA, both individually and by and through his counsel of record, MEGAN T. HOPKINS, hereby stipulate as follows:

1. On March 29, 2021, the defendant was sentenced to 21 months in custody following a conviction for a violation of 18 U.S.C. §§ 371, 1073, and 2 (conspiracy to aid and abet flight to avoid prosecution). (Doc. 671.) At the sentencing hearing, the Court also granted the defendant's motion to stay the sentence and remain on conditions of pretrial release pending appeal.

2. On January 26, 2024, the Ninth Circuit affirmed the defendant's judgment and commitment. (Doc. 712.)

3. By this stipulation, the parties jointly move to set this matter for a status conference on March 4, 2024, to set a surrender date, remind the defendant of his conditions of release, and advise the defendant that the failure to surrender to serve his sentencing could constitute a separate chargeable

offense.

IT IS SO STIPULATED.

Dated: February 9, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ KAREN A. ESCOBAR
KAREN A. ESCOBAR
MICHAEL G. TIERNEY
Assistant United States Attorneys

Dated: February 9, 2024

/s/ MEGAN T. HOPKINS
MEGAN T. HOPKINS
Counsel for Defendant
CONRADO VIRGEN MENDOZA

**O R D E R**

IT IS SO ORDERED.

Dated: **February 9, 2024**

UNITED STATES DISTRICT JUDGE