HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorneys for Defendant
CONRADO VIRGEN-MENDOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:19-CR-00015-TLN-BAM |
| Plaintiff, | STIPULATION FOR EXPEDITED BRIEFING SCHEDULE; ORDER |
| vs. | |
| CONRADO VIRGEN-MENDOZA, | Hon.  Troy L. Nunley |
| Defendant. | |

The defendant, CONRADO VIRGEN-MEDNOZA by and through his attorney of record, Assistant Federal Defender Megan T. Hopkins, and the UNITED STATES, by and through its attorney of record, Shelley Weger, hereby stipulate to and request an order from this Court for an expedited briefing schedule for the filing of a Motion to Reduce Sentence (Zero Point Offender).

The proposed schedule is as follows:

Defense Motion:                                   To be filed on February 17, 2025

Government Opposition:                     To be filed on February 24, 2025

/ / /

/ / /

/ / /

/ / /

/ / /

Stipulation to Set Expedited Briefing Schedule

The expedited briefing schedule is requested because Mr. Virgen-Mendoza is due to be released in July 2025, and if the reduction is granted he will be at time-served immediately.

Respectfully submitted,

DATED: February 11, 2025

HEATHER E. WILLIAMS
Federal Defender

/s/ Megan T. Hopkins
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for CONRADO VIRGEN-MENDOZA

DATED: February 11, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ Shelley Weger
SHELLEY WEGER
Assistant United States Attorney
Attorney for the United States

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the proposed briefing schedule be expedited to allow defendant to file his motion on February 17, 2025 and allow the government to file its opposition on February 24, 2025.

DATED: February 11, 2025

_____
Troy L. Nunley
Chief United States District Judge