AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 1:19-cr-00015-DAD-BAM   Document 755   Filed 03/04/25   Page 1 of 1

# UNITED STATES DISTRICT COURT
### for the
EASTERN District of CALIFORNIA

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 1:19-CR-00015-DAD-BAM-003 |
| CONRADO VIRGEN-MENDOZA, ) | USM No: 77981-097 |
| Date of Original Judgment: 3/30/2021 ) | |
| Date of Previous Amended Judgment: ) | MEGAN HOPKINS |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  21  months **is reduced to**  18 months  .

*If the amount of time the defendant has already served exceeds the reduced sentence stated in this order, the sentence is instead reduced to a sentence of timed served.*

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  03/31/2021  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  03/04/2025

*Judge's signature*

Effective Date: Ten days from the date of this order.

Dale A. Drozd
United States District Judge

*(if different from order date)*    *Printed name and title*